FILED BY PG D.C.

APR 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District Court
Southern District Of Florida
Miami Division

In re: Robert Lewis Morgan

"Expedited Motion" For Writ Of Mandamus
to the Department of Justice
(Pursuant to 28 U.S.C. § 1651)

## Certificate of Interested Persons

The action from which this petition arises from a letter Petitioner sent to Jason A. Reding at the Department of Justice in the Southern District of Florida on March 26, 2021 requesting that he file a criminal complaint against Homeland Security Investigations Special Agent David Acosta, Miami-Dade Police Detective Adam Verela and Several Unknown Agents and Police Officers on Petitioner's behalf.

## Petitioner

Petitioner is Robert Lewis Morgan. Petitioner is the Victim in the action described above. Petitioner is Pro-se.

1

## Respondent

Respondent is A.U.S.A. Jason A. Reding of the Department of Justice, described in the action above. Respondent is a representative of the United States.

## Table of Contents

| | |
|---|---|
| Table of Authorities Cited | pg. 3 |
| Relief Sought | pg. 3 |
| Issues Presented | pg. 3 |
| Statement of the Facts | pg. 4 |
| ARGUMENT: Reasons Why Writ Should Issue | pg. 6 |
| Conclusion | pg. 8 |
| Certificate of Service | pg. 8-9 |
| Affidavit in Support of Petition for Writ of Mandamus | pgs. 1A-2A. |

## Relief Sought

Robert Lewis Morgan, Petitioner, seeks a writ of mandamus to be issued by this Court directing A.U.S.A. Jason A. Reding or any other acting A.U.S.A., to file petitioner's Criminal Complaint in the United States District Court for the Southern District of Florida before May 24, 2021.

## Reason Why Petition Must Be Expedited

This motion must be considered in an expeditious manner because the events contained in Petitioner's Criminal Complaint transpired on May 24, 2016. In light of 18 U.S.C. § 3282's five (5) year statute of limitations on non-capitol offenses, Petitioner's Criminal Complaint must be filed on or before May 24, 2021.

## Issue Presented

Is the Department of Justice and A.U.S.A. Jason A. Reding's failure to file Petitioner's Criminal Complaint, depriving this Court ███████ of its jurisdiction to prosecute Agent Acosta, Detective Verela, and the Several Unknown Agents and Officers for armed kidnapping, carjacking and robbery?

## Statement of the Facts

1. On May 24, 2016, an unseen individual accepted a mail parcel containg "sham" at a Miami residence. Approximately ninety (90) minutes later, I was observed exiting the same Miami residence by Agent Acosta, Detective Verela and several Unknown Agents and Officers.[1]

2. Assuming that I was the individual who accepted the parcel, and that I was in possession of the parcel, Agent Acosta and several Unknown Agents and Officers followed me to my brothers house in Fort Lauderdale.

3. Once I got to my brothers house, I entered it and a short time later, exited the house and entered my vehicle and drove away.

4. Soon thereafter, Agent Acosta instructed the agents and officers to conduct a "traffic stop" on my vehicle. During this "traffic stop", I was forceably removed from my vehicle at gun-point and restrained in an agents car. Also at this time, my vehicle was taken from me without my consent or a warrant authorizing the seizure of my vehicle.

4

5. I was then transported from the site of the "traffic stop" to the Miami residence by Agent Acosta and the unknown agents and officers against my will.

6. Once back at the Miami residence, Agent Acosta and Detective Verela removed me from the agents car and placed me in Detective Verelas' vehicle and began questioning me. After they acquired the information they needed, they released me and left. Taking with them my cellular phone, iPad, home computer and 8,126.00 dollars in U.S. Currency. None of which I gave consent for them to take.

7. On March 26, 2021, I sent A.U.S.A. Jason A. Reding a letter requesting that he file the Criminal Complaint on my behalf, which was included in the envelope.

8. My Criminal Complaint made a prima facie showing of violations of 18 U.S.C. §§ 1201(a)(1); 2119; 1951(a); and 2. In light of this fact, the Department of Justice, and A.U.S.A. Jason A. Reding should have promptly filed my Criminal Complaint. Thus, ensuring that this Court may exercise its jurisdiction over this matter pursuant to 18 U.S.C. § 3282.

# ARGUMENT: REASONS WHY WRIT SHOULD ISSUE

I. Mandamus Should Issue Because Petitioner Has No Other Adequate Remedy.

Being that Petitioner is a private citizen, I can not directly bring a criminal action against another person nor can I petition the federal courts to compel the criminal prosecution or arrest of another person, petitioner's only recourse was to submit his criminal complaint, and affidavit in support of criminal complaint, to the Department of Justice and requesting that they file the complaint on my behalf. And being that the Department of Justice and A.U.S.A. Jason A. Reding has refussed to file my complaint, my only other choice is to request that this Court direct them to file my criminal complaint before May 24, 2021. See

II. The Department of Justices failure to file my Criminal Complaint is depriving me of justice, and this Court, of its jurisdiction to prosecute these violations of federal law.

As factually shown and supported in Petitioner's supporting affidavit, Agent Acosta, Detective Verela

6

and the Several Unknown Agents and Officers knowingly, willfully, and intentionally conspired to kidnap, carjack, and take from my possession my vehicle, cell phone, home computer and $8,126.00 in U.S. currency, in violation of 18 U.S.C. §§ 1201(a)(1); 2119; 1951(a); 924(c)(1)(A)(ii); and 2. Being that Petitioner's criminal complaint and supporting affidavit in support of criminal complaint gives probable cause for the issuance of an arrest warrant for Agent Acosta, Detective Verela and the unknown agents and officers, it is the Department of Justice and A.U.S.A. Jason A. Redings' duty to present my criminal complaint before a Magistrate Judge so that this court may issue a warrant or summons on my complaint. See Federal Rules of Crimial Procedure Rule 4. The Department of Justices' failure to bring my complaint before a magistrate judge is depriving me of my right to seek justice for the crimes perpatrated on me by Agent Acosta, Detective Verela and the unknown agents and officers. Furthermore, this deriliction of duty as officers of the court, is also depriving this Court of its jurisdiction over this matter

III. Extraordinary Relief Is Warranted In This Matter.

In light of the fact that Petitioner submitted a written statement of essential facts constituting the offenses

7

charged, made under oath, before A.U.S.A. Jason A. Reding, it is his duty to request an arrest warrant or summons from this Court, in accordance to Fed. R. Crim. P.'s. 3 and 4. See Fed. R. Crim. P. Rule 3 and 4. Additionally, pursuant to 18 U.S.C. § 3771 (a)(7), extraordinary relief is warranted in this matter because, being that Petitioner is a Crime Victim, he has the right to proceedings free from unreasonable delay and A.U.S.A. Jason A. Reding and the Department of Justice is unreasonably delaying criminal proceedings before this Court.

## Conclusion

For the reasons stated, petitioner respectfully requests that this Court issue the Writ of Mandamus requested.

Dated: April 20, 2021

By: Robert Lewis Morgan

## Certificate of Service

I certify that a true and correct copy of the attached Petition for Writ of Mandamus was sent via the U.S. Postal Service to A.U.S.A. Jason A. Reding at the address listed below: on this 20th day of April 2021.
U.S. Dept. of Justice
99 N.E. 4th Street, Suite 616
Miami, Florida 33132

8

Signed on: April 20, 2021

By: Robert Lewis Morgan

United States District Court
Southern District Of Florida
Miami Division

## Affidavit In Support Of Petition For Writ Of Mandamus

### Affidavit of Robert Lewis Morgan

I, Robert Lewis Morgan, hereby declares, deposes and states:

1. I am Robert Lewis Morgan and I am over 18 years of age. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To the best of my knowledge, all of the facts stated in this affidavit are true and correct.

2. On March 26, 2021, I sent A.U.S.A. Jason A. Reding, an employee of the Department of Justice, my Criminal Complaint, and the Affidavit in Support of Criminal Complaint, both showing probable cause to believe that Special Agent David Acosta, Miami Dade Police Detective Adam Verela and Several Unknown Agents and Officers, conspired to commit armed kidnapping, carjacking, and robbery on May 24, 2016.

3. Having being made aware of this fact, A.U.S.A.

1A

Jason A. Reding has not persued criminal proceedings against these individuals, as is his duty of an officer of the Court.

I declare, certify, and state under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on this 20th day of April 2021.

By: *Robert Lewis Morgan*

2A

Robert Lewis Morgan #13829-104
Federal Correctional Institution Coleman-Low
P.O. Box 1031
Coleman, Florida 33521



Clerk of Courts
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

USMS INSPECTED    RECEIVED   APR 23 2021 11:35 AM